■ In the Matter of 860 FIFTH AVENUE CORPORATION, Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— Order unanimously reversed on the facts, with costs to appellant, and the assessments for the years 1954–55, 1955–56, 1956–57 and 1957–58 in the amount of $4,800,000 are reinstated. The total assessment values are justified by the record. Settle

order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.